IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Shenaurlt Sr, Desia R

Printed: 7/17/07

Case Number: 07 B 09735
Judge: Hollis, Pamela S
Filed: 5/30/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: July 12, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 260.14 | 0.00 |
| 3. | Portfolio Recovery Associates | Unsecured | 0.00 | 0.00 |
| 4. | Wells Fargo Bank | Unsecured | 0.00 | 0.00 |
| 5. | Capital One | Unsecured | 465.52 | 0.00 |
| 6. | Home Equity Loans | Secured | | No Claim Filed |
| 7. | Home Equity Loans | Secured | | No Claim Filed |
| 8. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 9. | Chase | Unsecured | | No Claim Filed |
| 10. | Chase | Unsecured | | No Claim Filed |
| 11. | Thd/Cbsd | Unsecured | | No Claim Filed |
| 12. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 13. | Sears / Citibank SD | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 725.66 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Shenaurlt Sr, Desia R | Case Number:  07 B 09735 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/17/07 | Filed:  5/30/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)